UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AIKIO GARNES,

                    Plaintiff,

          v.

CITY OF NEW YORK, et al.,

                    Defendants.

No. 25 CV 08765 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Based on defense counsel's letter of March 6, 2026, (dkt. no. 11), Plaintiff is ordered to produce an executed release of pursuant to New York Criminal Procedure Law § 160.50 and affidavit of service for Mia Martin by March 26, 2026.

Failure to produce the documents may result in partial or total dismissal of the action.

**SO ORDERED.**

Dated:     March 19, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1