

**T**HE **C**ITY OF **N**EW **Y**ORK
# **L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**TORVARI S. WILLIAMS**
*Assistant Corporation Counsel*
Phone: (212) 356-2557
Fax: (212) 356-3509
Tovwilli@law.nyc.gov

June 2, 2026

<u>**VIA ECF**</u>
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  <u>Aikio Garnes v. City of New York, et al.,</u>
> 25-CV-08765 (LAP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing Defendants, City of New York and Mia Martin in the above-referenced matter. I write to respectfully request a brief adjournment of the initial conference, currently scheduled for June 10, 2026 at 12:30 PM due to a scheduling conflict. This is the first request of its kind.

Accordingly, I respectfully request that the conference be adjourned and propose the following alternative dates for the Court's consideration:

- June 18, 2026, at 2:00 PM; or

- June 23, 2026, at 10:00 AM; or

- July 1, 2026, at 11:00 AM

On May 29, 2026, the undersigned contacted Plaintiff's counsel regarding the proposed adjournment and alternative dates and also requested Plaintiff's counsel provide alternate dates should neither of those dates be convenient. However, as of the time of filing this request, counsel has not responded. Should none of the proposed dates be convenient for the Court, I can provide alternative dates.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Torvari Williams*

**Torvari S. Williams**
*Assistant Corporation Counsel*

cc:     **VIA ECF**
        **Ralph DeSimone**
        DeSimone & Associates, LLC
        745 Fifth Avenue, Ste. 500
        New York, NY 10007
        212-776-7425
        Fax: 212-207-3111
        Email: rdesimone@dlaw.net

The teleconference scheduled for June 10, 2026, is adjourned. Counsel are directed to appear telephonically for a conference in the above-captioned action on June 23, 2026, at 11:30 AM. The dial in is 1-855-244-8681, the access code is 231-900-63202. The Clerk of Court shall close docket number 19. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
June 2, 2026

2