**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3059
jzangril@law.nyc.gov

October 8, 2026

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
October 9, 2026

**VIA ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Aikio Garnes v. City of New York, et al.,
25-CV-8765 (LAP)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants City of New York and Mia Martin in the above-referenced matter. I write to respectfully propose and request the Court's endorsement of the proposed briefing schedule set forth below for defendants' anticipated motion for sanctions and partial motion to dismiss. This is the first request of this kind and Plaintiff's counsel, Ralph DeSimone, Esq., consents.

By way of background, the Defendants filed a letter motion seeking leave to file a proposed schedule on August 31, 2026. (ECF Dkt. 22). The Court granted that request on September 3, 2026. (ECF Dkt. 23). As the previously assigned Assistant Corporation Counsel, Torvari Williams indicated in the August 31st filing, she departed from the Office of the Corporation Counsel shortly after making the request. Having just recently taken over this case and due to other pressing case obligations during the month of October, the undersigned respectfully requests the Court's endorsement of the below proposed briefing schedule for Defendants' motion to dismiss:

- Defendant' motion papers served by November 13, 2026;
- Plaintiff's opposition papers served by December 18, 2026;
- Defendant City of New York's reply papers, if any, served by January 8, 2027.

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

/s/*Joseph Zangrilli*
Joseph Zangrilli
*Special Federal Litigation Division*

Cc: *All Counsel of Record*