THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

November 9, 2026

BY ECF
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Aikio Garnes v. City of New York et al., 25-CV-8765 (LAP)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter on behalf of the City and Mia Martin. I write on behalf of Defendants City to respectfully request modification of the current briefing schedule. Plaintiff's counsel, Ralph DeSimone, consents to this request. This is Defendants' second request for an extension of these deadlines.

There are several reasons for this requested enlargement. First, since the previous request was made, this office has experienced a number of unanticipated staff departures, which, resulted in the undersigned receiving several time sensitive transfer cases. Second, the undersigned has been engaged in discussions with Plaintiff's counsel regarding early resolution of this case. If the parties were to reach a settlement, it would preserve limited Court and party resources. As a result, the Defendants believe a short extension will provide the time necessary to allow the parties to explore settlement and if unsuccessful, file their motion.

Therefore, Defendants respectfully propose the following schedule:

- Defendants' Moving Papers: November 30, 2026;
- Plaintiff's Opposition: January 8, 2027; and
- Defendants' Reply: January 29, 2027.

Defendants thank the Court its time and consideration herein.

Respectfully submitted,

*Joseph Zangrilli /s/*

Joseph Zangrilli
*Special Federal Litigation Division*

Cc: All counsel of record (*Via ECF*)

The underlined request is GRANTED.
**SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska
Senior United States District Judge
November 11, 2026